# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: John J. Tofano<br>Attorney at Law, Bar No. 2248 | Case No. 2:23-ms-00057-MMD<br><br>ORDER OF SUSPENSION |

On October 17, 2023, this Court entered an Order to Show Cause (ECF No. 1 ("OSC")), mailed via certified mail with a Certified Mail Return Receipt date of delivery of October 14, 2023 (ECF No. 3). The status of delivery is unknown. Regardless, the OSC provided Mr. Tofano with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from John J. Tofano. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that John J. Tofano, Bar No. 2248, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 12th Day of December 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 13th day of December 2023, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> John J. Tofano
> 725 S. Hualapai Way, #2011
> Las Vegas, NV 89145

Certified Mail No.: 91 7199 9991 7038 8827 2162

/s/ Sharon H.
Deputy Clerk
United States District Court,
District of Nevada